```
Label Matrix for local noticing       Brandy Bucci                              AR Resources, Inc.
113A-6                                 c/o 5575 US Highway 1                    1777 Sentry Pkwy W
Case 6:19-bk-01601-KSJ                 Rockledge, FL 32955-5624                 Blue Bell, PA 19422-2206
Middle District of Florida
Orlando
Fri May  3 14:38:16 EDT 2019

AR Resources, Inc.                     Ally Bank                                Bank Of America
Attn: Bankruptcy                       PO Box 130424                            4909 Savarese Circle
Po Box 1056                            Roseville MN 55113-0004                  F11-908-01-50
Blue Bell, PA 19422-0287                                                        Tampa, FL 33634-2413


(p)BANK OF AMERICA                     Brevard County Tax Collector             Cba Collection Bureau
PO BOX 982238                          Attn:  Honorable Lisa Cullen, CFC        25954 Eden Landing Road
EL PASO TX 79998-2238                  Post Office Box 2500                     Hayward, CA 94545-3837
                                       Titusville FL 32781-2500


Cba Collection Bureau                  Citibank/The Home Depot                  Citibank/The Home Depot
Attn: Bankruptcy                       Attn: Recovery/Centralized Bankruptcy    Po Box 6497
Po Box 100039                          Po Box 790034                            Sioux Falls, SD 57117-6497
Kennesaw, GA 30156-9239                St Louis, MO 63179-0034


Comenity Bank/Bealls Florida           Comenity Bank/Bealls Florida             Comenity Bank/beallsol
Po Box 182125                          Po Box 182789                            Attn: Bankruptcy Dept
Columbus, OH 43218-2125                Columbus, OH 43218-2789                  Po Box 182125
                                                                                Columbus, OH 43218-2125


Comenity Bank/beallsol                 Dept of Ed / Navient                     Dept of Ed / Navient
Po Box 182789                          Attn: Claims Dept                        Po Box 9635
Columbus, OH 43218-2789                Po Box 9635                              Wilkes Barre, PA 18773-9635
                                       Wilkes Barr, PA 18773-9635


Dillards Card Srvs/Wells Fargo Bank Na Dillards Card Srvs/Wells Fargo Bank Na   Dorean Edsall
Po Box 10347                           Po Box 14517                             2122 Willow Oak Dr.
Des Moines, IA 50306-0347              Des Moines, IA 50306-3517                Edgewater, FL 32141-3732


FedLoan Servicing                      FedLoan Servicing                        Florida Department of Revenue
Attn: Bankruptcy                       Pob 60610                                Bankruptcy Unit
Po Box 69184                           Harrisburg, PA 17106-0610                Post Office Box 6668
Harrisburg, PA 17106-9184                                                       Tallahassee FL 32314-6668


Home Depot Loan Services/Greensky, LLC I C System Inc                           I C System Inc
1797 Northeast Expressway, Suite 100   Attn: Bankruptcy                         Po Box 64378
Atlanta, GA 30329-2451                 Po Box 64378                             Saint Paul, MN 55164-0378
                                       St Paul, MN 55164-0378


Internal Revenue Service               Launch FCU                               Launch FCU
Post Office Box 7346                   300 S Plumosa St                         Attn: Bankruptcy
Philadelphia PA 19101-7346             Merritt Island, FL 32952-3526            300 South Plumosa St.
                                                                                Merritt Island, FL 32952-3526
```

| | | |
|---|---|---|
| Navient<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773-9000 | Northwest Federal Cu<br>200 Springs St<br>Herndon, VA 20170-5241 |
| Northwest Federal Cu<br>Attn: Bankruptcy<br>Po Box 1229<br>Herndon, VA 20172-1229 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 |
| Premiere Restoration Orlando<br>Premiere Roofing & Carpentry<br>5611 Carder Rd<br>Orlando, FL 32810-4709 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Suntrust/greensky/thd<br>1797 Ne Expressway<br>Atlanta, GA 30329-7803 |
| Suntrust/greensky/thd<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>P.o. Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Waypoint Resource Group<br>Attn: Bankruptcy<br>Po Box 1081<br>San Antonio, TX 78294-1081 | Waypoint Resource Group<br>Po Box 8588<br>Round Rock, TX 78683-8588 |
| (p)WELLS FARGO WACHOVIA<br>N9286-01Y<br>1000 BLUE GENTIAN RD #300<br>EAGAN MN 55121-1786 | Wells Fargo Bank<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | Wells Fargo/Preferred<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 |
| Wells Fargo/Preferred<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Emerson C Noble +<br>Post Office Box 622798<br>Oviedo, FL 32762-2798 |

Catherine J Jones +
LegalNinja, LLC
5575 US Highway 1
Rockledge, FL 32955-5624

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Launch Federal Credit Union

End of Label Matrix
Mailable recipients   60
Bypassed recipients    1
Total                 61