UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                )
    BRANDY BUCCI              )     Case No. 6:19-bk-01601-KSJ
                                      )     Chapter 7
                                      )
        Debtor(s)             )

**REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE**

TO:      All Interested Parties

FROM:   Emerson C. Noble, Trustee

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within fourteen (14) days from the date set forth on the attached proof of service plus an additional three (3) days for service if any party was served by U.S. mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on Emerson C. Noble, Trustee, Post Office Box 622798, Oviedo, Florida 32762-2798, and any other appropriate persons within the time allowed. If you file and serve an response within the time permitted, the Court will either schedule and notify you of a hearings, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Described in the petition as "5575 US Highway 1, Rockledge, FL 32955", a "2012 Chevrolet Equinox", VIN: not provided/not known, a "2000 Honda Accord", VIN: not provided/not known; "2016 Ford Escape, VIN: 1FMCU0F736GUA79183" and "animals" (collectively, the "Property")

The Property is being abandoned for the following reasons:

1. The Trustee has determined the cost of sale and removal of The Property is equal to or greater than its value and the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

Dated: May 31, 2019

/s/ Emerson C. Noble
Emerson C. Noble, Trustee
Post Office Box 622798
Oviedo, Florida 32762-2798
Phone: (407) 628-9300
Facsimile (407) 647-6452

I HEREBY CERTIFY that a true copy of the foregoing was furnished either electronically or by First-Class United States Mail, postage prepaid, this 31st day of May, 2019 to all persons on the current mailing matrix attached to the original of this document.

/s/ Emerson C. Noble
Emerson C. Noble, Trustee