ORDERED.

Dated: June 03, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    )
    BRANDY BUCCI                    )    Case No: 6:19-bk-01601-KSJ
                                    )    Chapter 7
                  Debtor            )

**ORDER ON TRUSTEE'S OBJECTION TO DEBTOR(S)
CLAIM OF EXEMPTIONS**

THIS CASE came on for consideration of the Trustee's Objection To Debtor(s) Claim(s) of Exemptions. (Document Number 6). The court considered the record and finds:

1. On April 24, 2019, the trustee filed the Trustee's Objection To Debtor(s) Claim(s) of Exemptions. ["Objection"] (Document Number 6).

2. A certificate of service was incorporated in the Objection, which indicated that the Objection was served on the debtor by United States Mail, postage prepaid, on April 24, 2019.

Based on the foregoing, it is:

ORDERED as follows:

1. The Objection is hereby SUSTAINED and accordingly, the debtor's claim of exemption pursuant to Florida Statutes 222.25(3) is DENIED.

Trustee Emerson C. Noble is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.