UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              )
   BRANDY BUCCI,                       )          Case No. 6:19-bk-01601-KSJ
                                        )
                                        )
        Debtor(s)          )

## TRUSTEE'S CERTIFICATE OF SERVICE ON ORDER ON TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

I HEREBY CERTIFY that a true and correct copy of the Order on the Trustee's Objection to Debtor's Claim of Exemptions (Docket Entry No. 11) has been furnished either electronically or by first-class United States Mail, postage prepaid, on or before the 4th day of June, 2019 to Brandy Bucci, c/o 5575 US Highway 1, Rockledge, FL 32955; Catherine Jones, Esq., 5755 US Highway 1, Rockledge, FL 32955 and the United States Trustee's Office, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

Dated: June 4, 2019

                                                  /s/ Emerson C. Noble
                                                  Emerson C. Noble, Trustee
                                                  Post Office Box 622798
                                                  Oviedo, Florida 32762-2798
                                                  Telephone (407) 628-9300