UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: §
§
BUCCI, BRANDY § Case No. 6:19-bk-01601-KSJ
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/13/2019 . The undersigned trustee was appointed on 03/14/2019 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 4,121.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 4,111.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/22/2019 and the deadline for filing governmental claims was 09/09/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,030.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,030.25 , for a total compensation of $ 1,030.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 30.55 , for total expenses of $ 30.55 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/07/2019           By:/s/EMERSON C. NOBLE, TRUSTEE
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

Page: 1

| Case No: | 19-01601 KSJ   Judge: KAREN S. JENNEMANN | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | BUCCI, BRANDY | Date Filed (f) or Converted (c): | 03/13/19 (f) |
| | | 341(a) Meeting Date: | 04/24/19 |
| For Period Ending: | 09/07/19 | Claims Bar Date: | 05/22/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD  Single-family home, Confidential Address c/o 5575 US Highway 1 Rockledge FL 32955-0000 | 66,132.50 | 0.00 | OA | 0.00 | FA |
| 2. 2012 CHEVROLET EQUINOX MILEAGE: 108000 | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 2000 HONDA ACCORD MILEAGE: 140000 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS  living room furniture; bedroom furniture; dining room table and chairs; decor; linens; cookware; dishes and utensils | 150.00 | 0.00 | | 0.00 | FA |
| 5. 4 TELEVISIONS; 2 PHONES | 250.00 | 0.00 | | 0.00 | FA |
| 6. DEPRESSION GLASS | 70.00 | 0.00 | | 0.00 | FA |
| 7. BROKEN ELLIPTICAL | 0.00 | 0.00 | | 0.00 | FA |
| 8. GENERAL CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 9. ANIMALS  domestic dog and cat | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. WELLS FARGO BANK | 245.00 | 0.00 | | 0.00 | FA |
| 11. FRS RETIREMENT ACCOUNT | Unknown | 0.00 | | 0.00 | FA |
| 12. 2017 TAX REFUND (STILL PENDING RESOLUTION | 4,601.00 | 4,121.00 | | 4,121.00 | FA |
| 13. CHILD SUPPORT ARREARS | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. WARRANTY/WORKMANSHIP/CONTRACT CLAIM AGAINST PREMIE | Unknown | 0.00 | | 0.00 | FA |
| 15. 2016 Ford Escape | 16,000.00 | 0.00 | OA | 0.00 | FA |
| 16. Wells Fargo Checking Account | 1,223.44 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $98,221.94   $4,121.00   $4,121.00   $0.00

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)   Ver: 22.02b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 19-01601   KSJ   Judge: KAREN S. JENNEMANN | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | BUCCI, BRANDY | Date Filed (f) or Converted (c): | 03/13/19 (f) |
| | | 341(a) Meeting Date: | 04/24/19 |
| | | Claims Bar Date: | 05/22/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/24/19 - Filed objection to exemption re 2017 tax refund, not eic, demanded turnover of money from debtor at 341 meeting.  Learned of confidential address of debtor due to employer.

Initial Projected Date of Final Report (TFR): 06/30/19     Current Projected Date of Final Report (TFR): 09/07/19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 19-01601 -KSJ | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | BUCCI, BRANDY | Bank Name: | BOK FINANCIAL |
|  |  | Account Number / CD #: | *******1865 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4755 |  |  |
| For Period Ending: | 09/07/19 | Blanket Bond (per case limit): | $ 300,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/19 | 12 | BRANDY BUCCI C/O 5575 US HIGHWAY 1 ROCKLEDGE, FL 32955 | TAX REFUND | 1124-000 | 4,121.00 | | 4,121.00 |
| 06/28/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,111.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,121.00 | 10.00 | 4,111.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 4,121.00 | 10.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 4,121.00 | 10.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1865 | 4,121.00 | 10.00 | 4,111.00 |
|  | 4,121.00 | 10.00 | 4,111.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,121.00    10.00

Middle District of Florida 9-bk-01601-KSJ    Doc 16    Filed 09/11/19    Page 6 of 11    Page 1 of 3

# Middle District of Florida
# Claims Register

### 6:19-bk-01601-KSJ Brandy Bucci

**Judge:** Karen S. Jennemann  **Chapter:** 7
**Office:** Orlando  **Last Date to file claims:** 05/22/2019
**Trustee:** Emerson C Noble  **Last Date to file (Govt):**

| Creditor: (28169307)<br>Home Depot Loan Services/Greensky, LLC<br>1797 Northeast Expressway, Suite 100<br>Atlanta, GA 30329-3614 | Claim No: 1<br>Original Filed Date: 04/05/2019<br>Original Entered Date: 04/05/2019 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |
|---|---|---|

| Amount claimed: | $3045.21 | |
|---|---|---|

**History:**
| Details | 1-1 | 04/05/2019 | Claim #1 filed by Home Depot Loan Services/Greensky, LLC, Amount claimed: $3045.21 (Auto-Claim Filer) |

**Description:**
**Remarks:** (1-1) Account Number (last 4 digits):1287

| Creditor: (28192411)<br>Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Claim No: 2<br>Original Filed Date: 04/17/2019<br>Original Entered Date: 04/17/2019 | Status:<br>Filed by: CR<br>Entered by: Ally Financial (HL)<br>Modified: |
|---|---|---|

| Amount claimed: | $16468.16 |
|---|---|
| Secured claimed: | $16468.16 |

*Secured*

**History:**
| Details | 2-1 | 04/17/2019 | Claim #2 filed by Ally Bank, Amount claimed: $16468.16 (Ally Financial (HL)) |

**Description:** (2-1) 2016 FORD ESCAPE VIN: 1FMCU0F73GUA79183
**Remarks:**

| Creditor: (28231592)<br>Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 3<br>Original Filed Date: 05/02/2019<br>Original Entered Date: 05/02/2019 | Status:<br>Filed by: CR<br>Entered by: Quantum 3 Group (AB)<br>Modified: |
|---|---|---|

| Amount claimed: | $455.57 | |
|---|---|---|

**History:**
| Details | 3-1 | 05/02/2019 | Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $455.57 (Quantum 3 Group (AB)) |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

https://ecf.flmb.uscourts.gov/cgi-bin/SearchClaims.pl?313954092132601-L_1_0-1    9/7/2019

| Description: (3-1) Money Loaned |
|---|
| Remarks: |

| Creditor: (28231592)<br>Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 4<br>Original Filed<br>Date: 05/02/2019<br>Original Entered<br>Date: 05/02/2019 | Status:<br>Filed by: CR<br>Entered by: Quantum 3 Group (AB)<br>Modified: |
|---|---|---|
| Amount claimed: $434.79 | | |
| History: | | |
| Details | 4-1 | 05/02/2019 | Claim #4 filed by Quantum3 Group LLC as agent for, Amount claimed: $434.79 (Quantum 3 Group (AB)) |
| Description: (4-1) Money Loaned |
| Remarks: |

| Creditor: (28240136)<br>Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Claim No: 5<br>Original Filed<br>Date: 05/07/2019<br>Original Entered<br>Date: 05/07/2019 | Status:<br>Filed by: CR<br>Entered by: Wells Fargo Card Service (BD)<br>Modified: |
|---|---|---|
| Amount claimed: $3999.56 | | |
| History: | | |
| Details | 5-1 | 05/07/2019 | Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $3999.56 (Wells Fargo Card Service (BD)) |
| Description: |
| Remarks: |

| Creditor: (28251714)<br>Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Claim No: 6<br>Original Filed<br>Date: 05/14/2019<br>Original Entered<br>Date: 05/14/2019 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (AB)<br>Modified: |
|---|---|---|
| Amount claimed: $287.57 | | |
| History: | | |
| Details | 6-1 | 05/14/2019 | Claim #6 filed by Directv, LLC, Amount claimed: $287.57 (American InfoSource (AB)) |
| Description: |
| Remarks: |

| Creditor: (28257031)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587 | Claim No: 7<br>Original Filed<br>Date: 05/16/2019<br>Original Entered | Status:<br>Filed by: CR<br>Entered by: Resurgent Capital Services (DG) |
|---|---|---|

| Greenville, SC 29603-0587 | Date: 05/16/2019 | Modified: |
|---|---|---|
| Amount claimed: $2311.02 <br> Secured claimed: $0.00 | | |
| History: <br> Details  7-1  05/16/2019  Claim #7 filed by LVNV Funding, LLC, Amount claimed: $2311.02 (Resurgent Capital Services (DG)) | | |
| Description: | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** Brandy Bucci
**Case Number:** 6:19-bk-01601-KSJ
**Chapter:** 7
**Date Filed:** 03/13/2019
**Total Number Of Claims:** 7

| Total Amount Claimed* | $27001.88 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $16468.16 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/07/2019 12:40:26 | | | |
| PACER Login: | en0285:2855560:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:19-bk-01601-KSJ Filed or Entered From: 1/1/2019 Filed or Entered To: 12/31/2019 |
| Billable Pages: | 1 | Cost: | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:19-bk-01601-KSJ
Case Name: BUCCI, BRANDY
Trustee Name: EMERSON C. NOBLE, TRUSTEE

Balance on hand $ 4,111.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Ally Bank | $ 16,468.16 | $ 16,468.16 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors   $ 0.00
Remaining Balance   $ 4,111.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EMERSON C. NOBLE, TRUSTEE | $ 1,030.25 | $ 0.00 | $ 1,030.25 |
| Trustee Expenses: EMERSON C. NOBLE, TRUSTEE | $ 30.55 | $ 0.00 | $ 30.55 |

Total to be paid for chapter 7 administrative expenses   $ 1,060.80
Remaining Balance   $ 3,050.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,533.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Home Depot Loan Services/Greensky, LLC | $ 3,045.21 | $ 0.00 | $ 881.79 |
| 000003 | Quantum3 Group LLC as agent for | $ 455.57 | $ 0.00 | $ 131.92 |
| 000004 | Quantum3 Group LLC as agent for | $ 434.79 | $ 0.00 | $ 125.90 |
| 000005 | Wells Fargo Bank, N.A. | $ 3,999.56 | $ 0.00 | $ 1,158.13 |
| 000006 | Directv, LLC | $ 287.57 | $ 0.00 | $ 83.27 |
| 000007 | LVNV Funding, LLC | $ 2,311.02 | $ 0.00 | $ 669.19 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,050.20 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE